**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

      - v. -               :     NOTICE OF INTENT TO
                                    FILE AN INFORMATION
RENE RODRIGUEZ,                 :
  a/k/a "Miguel A. Colon,"
                          :
        Defendant.
                             **08 CRIM 089**
- - - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        February 4, 2008

                              MICHAEL J. GARCIA
                              United States Attorney

             By:  _____
                  Amy Lester
                  Assistant United States Attorney

AGREED AND CONSENTED TO:

             By:  _____
                  Jennifer L. Brown
                  Attorney for Rene Rodriguez

*JUDGE SAND* (stamp)

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DATED: 2/4/08* (stamp)

2/4/08 WHEEL A

TOTAL P.002