UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA    :   INFORMATION

    - v. -    :   08 Cr.

RENE RODRIGUEZ,    :
   a/k/a "Miguel A. Colon,"
                   Defendant.    :

**08CRIM 089**

- - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

On or about January 5, 2008, in the Southern District of New York, RENE RODRIGUEZ, a/k/a "Miguel A. Colon," the defendant, unlawfully, willfully, knowingly, and with intent to defraud, did pass, utter, publish and sell, and did attempt so to do, and did bring into the United States and keep in possession and conceal falsely made, forged, counterfeited and altered obligations and securities of the United States, to wit, RODRIGUEZ received and possessed approximately $72,000 in counterfeit United States currency.

(Title 18, United States Code, Section 472 and 2.)

/s/ Michael J. Garcia
_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RENE RODRIGUEZ,
a/k/a "Miguel A. Colon,"

Defendant.

**INFORMATION**

08 Cr.

(18 U.S.C. §§ 472 and 2)

MICHAEL J. GARCIA
United States Attorney.

ok
February 6, 2008 — Defendant Rodriguez signs Waiver of Indictment.
ok February 6, 2008    Filed Information.
ok February 6, 2008    Defendant Rene Rodriguez present with atty. Jennifer Brown, Federal Defender Unit. AUSA Amy Lester
Spanish Interpreter Nicholas Luttinger
Ct Reporter Sonia Huggins — defendant is arraigned on the one count Information + pleads guilty as charged on count 1. Pre Sentence Investigation ordered. Sentence May 6, 2008 at 10am. Deft could detained.

Sand J