UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

    - v. -                       :

RENE RODRIGUEZ,                  :
   a/k/a "Miguel A. Colon,"
                              :

          Defendant.
                              :
- - - - - - - - - - - - - - - - x

JUDGE SAND

**WAIVER OF INDICTMENT**

08 CRIM 089

        The above-named defendant, who is accused of violating Title 18, United States Code, Sections 472 and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                _____
                                                Rene Rodriguez
                                                Defendant

                                                _____
                                                Daniel J. Kenneally
                                                Witness

                                                _____
                                                Jennifer L. Brown
                                                Counsel for Defendant

[ELECTRONICALLY FILED stamp: FEB 06 2008]

Date:      New York, New York
            February 6, 2008