*Spanish Translation of Guilty Plea/Acknowledgment of Rights Form(LBS)*
*1/24/08*

**NOTIFICACION DE DERECHOS CONSTITUCIONALES
ANTE EL JUEZ LEONARD B. SAND**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO SUR DE NUEVA YORK**

ESTADOS UNIDOS DE AMERICA
---------------- contra ----------------

Rene Rodriguez
a/k/a "Miguel Colon"     Acusado

08 CRIM 089



En esta fecha he sido informado en audiencia pública de mis derechos constitucionales en el caso anteriormente citado, y he leído y comprendo perfectamente la declaración que sigue.

He recibido y leído una copia del Acta de Acusación o Acusación Fiscal, y comprendo la naturaleza de los cargos formulados en mi contra. He dicho a mi abogado todo lo que sé sobre el contenido de dicha acusación.

Mi abogado me ha explicado la naturaleza de los cargos en mi contra, mis derechos constitucionales, y la pena que podría dictarme el juez si me declaro culpable.

Comprendo que <u>si me declarara no culpable</u> de cualquier cargo o cargos del Acta de Acusación o Acusación Fiscal:

    a)    se presupondría por ley que soy inocente de lo que se me acusa en dicho cargo o cargos;

    b)    tendría el derecho a tener un juicio público sin demora inecesaria, con un jurado imparcial, en el que tendría el derecho de contar con la ayuda de un abogado – y se me proporcionaría un abogado sin costo alguno para mí en caso de no contar yo con los fondos para contratarlo – y en dicho juicio el Gobierno tendría la responsabilidad de demostrar mi culpabilidad fuera de duda razonable, y a satisfacción de los 12 miembros del jurado unánimemente.

c)  Durante tal juicio: 1) tendría el derecho de guardar silencio, y no por esto se podría inferir nada en mi contra; 2) podría prestar testimonio en mi propia defensa, si así lo deseara; 3) tendría el derecho de enfrentar y contrainterrogar a todos los testigos que declararan en mi contra, y 4) tendría el derecho de valerme de los medios compulsorios del Tribunal para emplazar a los testigos de descargo y para obtener pruebas en mi defensa.

Entiendo que si el Tribunal <u>acepta mi declaración de culpabilidad de cualquier cargo o cargos</u>, estaré renunciando a los derechos antes mencionados con respecto a dicho cargo o cargos, y el Tribunal tendrá el derecho de imponer la misma pena que impondría si un jurado me encontrara culpable de ese cargo o cargos después de un juicio.

He hablado con mi abogado sobre las pautas de sentencia. Entiendo que dichas pautas permiten que el Tribunal tome en consideración mi conducta delictiva, y todos los hechos y circunstancias relativos a dicha conducta y a mis antecedentes penales. Entiendo que el Tribunal utilizará el rango que indican las pautas de sentencia como factor pertinente, pero también deberá hacer una evaluación individualizada con base en los hechos presentados en mi caso después de recibir el informe previo a la sentencia. Entiendo que no podré retirar mi declaración de culpabilidad basado en la incorrección de la predicción de mi abogado con respecto al rango aplicable de las pautas, o con respecto a la posibilidad de que el juez adoptara la sentencia recomendada en las pautas. Entiendo, sin embargo, que de todas formas, de ninguna manera podré ser condenado a una pena que exceda de la pena máxima prevista por ley.

También entiendo que en caso de declararme culpable el Juez puede hacerme preguntas sobre el delito del que me declaro culpable y mis respuestas pueden ser utilizadas en mi contra en un proceso por perjurio o declaraciones falsas.

Tomo la decisión de declararme culpable libre y voluntariamente. No he sido inducido a declararme culpable de ningún cargo por promesas o declaraciones de que recibiré clemencia o una sentencia más leve. No he sido inducido a declararme culpable por amenaza, fuerza, coacción, presión o temor.

Mi decisión de declararme culpable ahora no se debe a ninguna conversación entre el fiscal y yo, o mi abogado. (Existe) (No existe) un convenio entre el fiscal y yo o mi abogado en relación con mi declaración de culpabilidad. (deben mencionarse los elementos de cualquier convenio existente, para que quede constancia, en presencia del Juez).

Me declaro culpable porque, después de hablar del caso con mi abogado, creo que soy culpable.

Mi abogado me ha advertido que estima que no existe ninguna defensa meritoria contra el cargo o cargos del/de los que me declaro culpable. Habiendo hablado conmigo sobre los hechos, mi abogado no cree que haya sido violado ninguno de mis derechos constitucionales durante ningún interrogatorio o ninguna declaración o confesión que yo haya hecho, ni tampoco en relación con mis efectos personales, mi arresto o estos procedimientos.

No me encuentro bajo la influencia de substancia alguna, tal como narcóticos, fármacos, píldoras, medicamentos o bebidas alcohólicas, que pudiera afectar mi capacidad para comprender la naturaleza y las consecuencias de mi acción al declararme culpable.

Fecha: 2/6/08                                    Firma del Acusado: *[signature]*

Fecha: 2/6/08                                    Firma del Abogado: *[signature]*