UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
UNITED STATES OF AMERICA

             v.

RENE RODRIGUEZ,                  NOTICE OF APPEARANCE
                               08 Cr. 0089 (LBS)

        Defendant.
-------------------------------x

SIRS/MADAMES:

    PLEASE TAKE NOTICE, that B. Alan Seidler, an attorney admitted
to practice law in the State of New York on February 9, 1973, and
admitted to practice before the United States District Court for
the Southern District of New York on August 6, 1974, and at all
times remaining in good standing, hereby appears as attorney of
record for defendant in the within action, and requests that all
related case materials be sent to counsel's office.

DATED: February 14, 2008.

                         Submitted by,

                          /S

                        --------------------------
                        B. ALAN SEIDLER
                        Attorney for Defendant
                        580 Broadway
                        New York, NY 10012
                        212-334-3131